<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____  Chapter 15

☐ Check if this is an
amended filing

<u>Official Form 401</u>

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | All Blue Investments North Star 1 Ltd. |

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)   __ __ – __ __ __ __ __ __ __

☑ Other  Company Number   . Describe identifier  2093076   .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

| | |
|---|---|
| 3. **Name of foreign representative(s)** | Martin Trott and Nathan Mills |
| 4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Liquidation of All Blue Investments North Star 1 Ltd. by resolution of member |

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Copy of written resolution of the sole member appointing joint liquidators.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | All Blue Investments North Star 1 Ltd. | Case number (if known) |
|--------|------------------------------------------|-------------------------|
|        | Name                                     |                         |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

British Virgin Islands

**Debtor's registered office:**

Little Denmark Bldg,Unit 3a,147 Main St.
Number        Street

PO Box 3162, Road Town
P.O. Box

Tortola
City          State/Province/Region     ZIP/Postal Code

British Virgin Islands, VG1110
Country

**Individual debtor's habitual residence:**

Number        Street

P.O. Box

City          State/Province/Region     ZIP/Postal Code

Country

**Address of foreign representative(s):**

Little Denmark Bldg,Unit 3a,147 Main St.
Number        Street

PO Box 3162, Road Town
P.O. Box

Tortola
City          State/Province/Region     ZIP/Postal Code

British Virgin Islands, VG1110
Country

**10. Debtor's website** (URL)

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☑ Other. Specify: Business Company

☐ Individual

---

Official Form 401         Chapter 15 Petition for Recognition of a Foreign Proceeding         page 2

Debtor  All Blue Investments North Star 1 Ltd.                    Case number (if known)_____
        Name

**12. Why is venue proper in** *this* **district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____        Martin Trott
   Signature of foreign representative        Printed name

Executed on  12/12/2024
             MM / DD / YYYY

✗ _____        _____
   Signature of foreign representative        Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____   Date  12/12/2024
   Signature of Attorney for foreign representative        MM / DD / YYYY

Rachel Nanes
Printed name

DLA Piper LLP (US)
Firm name

200 South Biscayne Boulevard, Suite 2500
Number        Street

Miami                                    FL         33131
City                                     State      ZIP Code

(305) 423-8500                           rachel.nanes@us.dlapiper.com
Contact phone                            Email address

85167                                    FL
Bar number                               State

## **Exhibit A**

**Corporate Resolutions**

**ALL BLUE INVESTMENTS NORTH STAR 1 LTD**

**BVI Company No. 2093076**

**(the "Company")**

---

**WRITTEN RESOLUTIONS OF THE MEMBER OF THE COMPANY HOLDING ALL OF THE ISSUED MANAGEMENT SHARES IN THE COMPANY AND ENTITLED TO VOTE IN ACCORDANCE WITH THE MEMORANDUM AND ARTICLES OF ASSOCIATION OF THE COMPANY**

---

The undersigned, being the member of the Company holding all of the issued Management Shares of the Company and the sole member of the Company entitled to vote on the matters the subject of these resolutions and having the right to receive notice of, attend and vote at general meetings, and notice of these resolutions having been given to the BVI Financial Services Commission in accordance with section 159(5) of the Insolvency Act 2004 (as amended) hereby **RESOLVE THAT** Nathan Mills of R&H Restructuring (BVI) Ltd of Little Denmark Building, Unit 3A, 147 Main Street, British Virgin Islands and Martin Trott of R&H Restructuring (Cayman) of Ltd, Windward 1, Regatta Office Park, PO Box 897, Grand Cayman, KY1-1103, Cayman Islands each having consented in writing to their appointment as a joint liquidator of the Company, be and are hereby appointed as joint liquidators of the Company (the "**Joint Liquidators**").

**BY:**

_M. 21. nms_

---

**All Blue Investments (DIFC) Ltd** – Member (holding all of the issued Management Shares of the Company and entitled to vote on the matters the subject of these resolutions), acting by its duly authorised representative(s)

**DATE:** __27__ March 2024

**<u>Exhibit B</u>**

**Rule 1007(a)(4) List**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 15 |
| ALL BLUE INVESTMENTS NORTH STAR 1 LTD, *et al.*,[1] | Case No.: 24-_____ (___) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**LIST PURSUANT TO RULE 1007(a)(4) OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Martin Trott and Nathan Mills, in their capacities as duly appointed joint liquidators and foreign representatives (the "**Liquidators**" or "**Foreign Representatives**") of All Blue Investments North Star 1 Ltd. (in Liquidation) ("**NS1**") and All Blue Investment Management Ltd. (in Liquidation) ("**ABIM**" and, together with NS1, the "**Foreign Debtors**") under sections 159 and 175 of the Insolvency Act 2004 (as amended) (the "**Insolvency Act**"), in official liquidation proceedings pending in the British Virgin Islands (the "**BVI Proceedings**"), by their undersigned counsel, hereby make the following statements required by section 1515(c) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"):

**I.    Statement required by section 1515(c) of the Bankruptcy Code**

The Foreign Representatives are duly appointed joint liquidators of the Foreign Debtors under section 159(5) of the Insolvency Act.  The Liquidators believe that, other than the BVI Proceedings, there are no foreign proceedings pending with respect to the Foreign Debtors.

---

[1]    The Foreign Debtors in these chapter 15 cases, along with the last four digits of each Foreign Debtor's federal tax identification number, are: All Blue Investments North Star 1 Ltd. (3076); and All Blue Investment Management Ltd. (5280).  The Foreign Debtors' address for the purpose of this chapter 15 case is: c/o R&H Restructuring (BVI) Ltd., Little Denmark Building, Unit 3a, 147 Main Street, PO Box 3162, Road Town, Tortola, British Virgin Islands, VG1110.

The Foreign Representatives' mailing addresses are:

Martin Nicholas John Trott
R&H Restructuring (Cayman) Ltd.
Windward 1, Regatta Office Park, Grand Cayman
PO Box 897, KY1-1103, Cayman Islands

and

Nathan Mills
R&H Restructuring (BVI) Ltd.
Little Denmark Building, Unit 3a, 147 Main Street
PO Box 3162, Road Town, Tortola, British Virgin Islands, VG1110

II.     **All parties to litigation pending in the United States in which a Foreign Debtor is a party at the time of filing of the chapter 15 petitions**

The Foreign Representatives believe that the Foreign Debtors are not party to any litigation pending in the United States.

III.    **Entities against whom provisional relief is sought under section 1519 of the Bankruptcy Code**

The Foreign Representatives do not seek provisional relief.

IV.     **Corporate ownership statement under rules 1007(a) and 7007 of the Federal Rules of Bankruptcy Procedure**

Under Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Foreign Representatives submit the following list of entities that hold ownership interests in the Foreign Debtors:

A. <u>All Blue Investments North Star 1 Ltd.</u>

NS1 was incorporated as a Business Company in the BVI on March 4, 2022 under BVI Company No. 2093076.  All Blue Investments (DIFC) Ltd., a company registered in the Dubai International Financial Centre, holds 100% of the shares in NS1.

2

B. <u>All Blue Investment Management Ltd.</u>

ABIM was incorporated as a Business Company in the BVI on November 1, 2023 under BVI Company No. 2135280.  Messrs. Daniel Cookson and Matthew Novak each hold 50% of the shares in ABIM.

[*Remainder of page intentionally left blank*]

**DECLARATION UNDER PENALTY OF PERJURY**

I, Martin Trott, am a joint liquidator and authorized signatory of the Foreign Debtors in these chapter 15 cases. In such capacity, I am familiar with the operations and financial affairs of the Foreign Debtors. I declare under penalty of perjury under the laws of the United States of America that any information provided in the foregoing "List Pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure" is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: December 12, 2024

_____
Martin Trott

4

**<u>Exhibit C</u>**

**Form 202**

Fill in this information to identify the case and this filing.

Debtor Name <u>All Blue Investments North Star 1 Ltd. (in Liquidation)</u>

United States Bankruptcy Court for the: <u>Southern District of Florida</u>
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration* Rule 1007(a)(4) Statement and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>12/12/2024</u>
MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Martin Trott
Printed name

Joint Liquidator
Position or relationship to debtor