**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 15 |
| ALL BLUE INVESTMENTS NORTH STAR 1 LTD, *et al.*,[1] | Case No. 24-23015 (CLC) |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |

## <u>NOTICE OF RULE 2004 EXAMINATION</u>

☐ *Testimony:* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, **[examining party]** will examine **[witness]** under oath on **[date]** at **[time]**. The examination will be conducted **[at (location)] [via video conference or telephone (include registration or dial-in details)]**, and will be recorded by **[method of recording]**. The examination may continue from day to day until completed.

☒ *Production:* Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2004-1 of the Local Bankruptcy Rules for the Southern District of Florida (the "**Local Rules**"), Martin Trott and Nathan Mills, in their capacities as duly authorized Joint Official Liquidators (in such capacity, jointly, the "**Foreign Representatives**") request that Big 5 Sponsor, LLC produce the documents, electronically stored information, or objects described on the attached schedule (or if the examination is of a witness other than the debtor, on the attached subpoena) within 30 days after service of the subpoena, at DLA Piper LLP (US), 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (if not produced electronically).

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary.  If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

---

[1] The Foreign Debtors in these chapter 15 cases, along with the last four digits of each Foreign Debtor's federal tax identification number, are: All Blue Investments North Star 1 Ltd. (3076) and All Blue Investment Management Ltd. (5280).  The Foreign Debtors' address for the purpose of these chapter 15 cases is: c/o R&H Restructuring (BVI) Ltd., Little Denmark Building, Unit 3a, 147 Main Street, PO Box 3162, Road Town, Tortola, British Virgin Islands, VG1110.

LF-14 (rev. 12/01/21)

Dated: August 19, 2025
Miami, Florida

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Rachel Nanes*
Rachel Nanes (FL Bar No. 85167)
Nicole McLemore (FL Bar No. 1010885)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500 (Main)
Telephone: (305) 423-8563 (Direct)
Facsimile: (305) 675-8206
Email: rachel.nanes@us.dlapiper.com
　　　 nicole.mclemore@us.dlapiper.com

- and -

R. Craig Martin (admitted *pro hac vice*)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700 (Main)
Telephone: (302) 468-5655 (Direct)
Facsimile: (302) 778-7834
Email: craig.martin@us.dlapiper.com

*Counsel for the Foreign Representatives*

LF-14 (rev. 12/01/21)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served

via electronic filing using the CM/ECF system with the Clerk of the Court and via U.S.P.S. First

Class Mail and/or e-mail to the parties on the Service List below.

 */s/ Rachel Nanes*
Rachel Nanes (FL Bar No. 85167)

## SERVICE LIST

**Big 5 Sponsor, LLC**
c/o Patrick Orlando, Registered Agent
2000 Bayshore Dr., Unit 20
Miami, FL 33133

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614
Heidi.A.Feinman@usdoj.gov

LF-14 (rev. 12/01/21)