**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                      Chapter 15

ALL BLUE INVESTMENTS NORTH                 Case No. 24-23015-CLC
STAR 1 LTD, *et al.*                                   (Jointly Administered)

      Foreign Debtors.

_____/

**AGREED MOTION OF PATRICK ORLANDO AND BIG 5**
**SPONSOR, LLC FOR ENTRY OF CONFIDENTIALITY ORDER WITH**
**RESPECT TO DOCUMENT SUBPOENAS ISSUED BY THE DEBTORS**

Pursuant to Rules 9014(c) and 7026, Fed. R. Bankr. P., Rule 26(c)(1)(G), Fed.
R. Civ. P., and Local Rule 7026-1(E)(3), interested parties Patrick Orlando
("Orlando") and Big 5 Sponsor, LLC ("Big 5"; collectively, the "Movants") move on
an agreed basis for entry of a Confidentiality Order substantially in the form attached
hereto as Exhibit A.  In support, the Movants state:

1.      The Debtors in these cases caused document subpoenas to be issued and
served upon the Movants.  *See* DE 25 and 26 (the "Subpoenas").

2.      The Movants assert that some of the documents to be produced in
response to the Subpoenas are of a confidential and/or proprietary nature, and
accordingly desire that the use and dissemination of such documents be appropriately
curtailed in a manner that does not thwart the Debtors' purposes.  In that connection,
the Debtors and the Movants have agreed on the form of a Confidentiality Order
(Exhibit A attached) which addresses the concerns of both sides.

3.      Pursuant to Rule 26(c)(1)(G), Fed. R. Civ. P.—made applicable by Rules 9014(c) and 7026, Fed. R. Bankr. P.—such orders to protect confidentiality may be entered for good cause.  The Movant asserts that good cause exists here.  Moreover, the proposed order permits the Court to assess and control all confidentiality designations made by the parties.

4.      Counsel for the Debtors has negotiated and approved the form of the proposed confidentiality order, and has advised the undersigned that the Debtors agree to the relief requested herein and to the entry of the proposed order.

WHEREFORE, the Movants respectfully request the Court to enter an Order granting this motion in the form attached hereto as Exhibit A, and to grant such further relief as the Court deems just.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on November 20, 2025.

Respectfully submitted:

Homer Bonner
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100

*/s/ Andrew R. Herron*
Andrew R. Herron, Esq.
aherron@homerbonner.com
Florida Bar No. 0861560
*Counsel for Movants*

2