**EXHIBIT A**
**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**

I, _____, of _____, declare under penalty of perjury that I have read in its entirety and understand the Stipulated Confidentiality and Protective Order that was issued by the United States Bankruptcy Court for Southern District of Florida in the matter captioned *In re: All Blue Investments North Star 1, Ltd., et al.*, No. 24-23015 (CLC) (Jointly Administered). I agree to comply with and to be bound by all terms of this Stipulated Confidentiality and Protective Order and I understand and acknowledge that failure to so comply could expose me to penalties. I further declare under penalty of perjury that I will not disclose in any manner any information or item that is subject to this Stipulated Confidentiality and Protective Order to any person or entity except in compliance with the provisions of this Stipulated Confidentiality and Protective Order.

I further agree to submit to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida for the purpose of enforcing the terms of this Stipulated Confidentiality and Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____